IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

GABRIEL JOHNSON,
          *Plaintiff,*

v.

MIDLAND COUNTY,
          *Defendant.*

§
§
§
§
§
§
§
§
§
§

**MO:25-CV-00574-DC**

## ORDER REJECTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation (Doc. 16) of United States Magistrate Judge Ronald C. Griffin, which recommends dismissal for want of prosecution under Federal Rule of Civil Procedure 41. In early February, this Court ordered Plaintiff to file a more definite statement as his complaint was deficient (Doc. 12). The order was then returned as undeliverable (Doc. 13). No updated statement was timely filed. The Magistrate Judge then issued a show cause order demanding that Plaintiff promptly update his address (Doc. 14). Again, the order was returned as undeliverable (Doc. 15). Plaintiff did not timely update his address. Then, the Magistrate Judge issued his R&R, recommending dismissal (Doc. 16). Days after, despite apparently not having received the R&R, Plaintiff filed objections and a motion for leave to file his updated complaint (Docs. 18, 19). Though the Court is displeased with Plaintiff's repeated failure to prosecute his case, the Court will give

him one last chance. As a result, the Court **REJECTS** the R&R and declines to dismiss for

want of prosecution at this time.

It is so **ORDERED**.

SIGNED this 13th day of April, 2026.

DAVID  COUNTS
UNITED STATES DISTRICT JUDGE