**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

**GABRIEL JOHNSON,**
　　　　　*Plaintiff,*

**v.**                                                      **MO:25-CV-00574-DC**

**MIDLAND COUNTY, JOHN/JANE
DOE, OAG;** *et al.*;
　　　　　　　　*Defendants.*

§
§
§
§
§
§
§
§
§
§
§
§

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Ronald C. Griffin (Doc. 23) concerning Plaintiff's Motion for Leave to File More Definite Statement Out of Time and his More Definite Statement. (Docs. 19, 19-1).

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Plaintiff's objections were filed. But this Court finds no error with the R&R.

Plaintiff's more definite statement is thus **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B). Leave to amend is **GRANTED**, but the Court notes that Plaintiff has already filed his amended pleading (Doc. 27). Thus, that amended pleading now serves as the operative pleading for this case. Defendants must file timely answers or motions to dismiss,

with the clock beginning from the date of entry of this order. This Court further **CERTIFIES**, pursuant to 28 U.S.C § 1915(a)(3), that an IFP appeal of the dismissal would not be taken in good faith.

It is so **ORDERED**.

SIGNED this 19th day of May 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE

2